JACOB A. YERGER
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Jacob.Yerger@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-149-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION**<br>Title 18 U.S.C. § 922(g)(9)<br>(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) |
| JAMES ERWIN SCHAEFFER, | |
| Defendant. | |
| | **CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about January 3, 2024, at Belgrade, in Gallatin County, in the State and District of Montana, the defendant, JAMES ERWIN SCHAEFFER, knowing he had been previously convicted of a misdemeanor crime of domestic

1

violence under the laws of the State of Colorado, which meets the definition of a misdemeanor crime of domestic violence under 18 U.S.C. 921(a)(33)(A)(i) and (ii), and in which the victim was a person with whom the defendant was and had previously been cohabitating and was a person with whom the defendant had been in a dating relationship, knowingly possessed in an affecting interstate and foreign commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(9).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JAMES ERWIN SCHAEFFER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney